## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:24-MJ-180-ML |
| | § | |
| BRAD EUGENE COLLINS | § | |
| | § | |

### **O R D E R**

On April 26, 2024, the Court held a Preliminary Revocation Hearing, pursuant to Fed. R. Crim. P. 32.1(b) and 18 U.S.C. § 3060. The defendant, his attorney, and the attorney for the Government were present throughout the hearing.

Having considered all the evidence and arguments of counsel, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the violations of Mr. Collins' Conditions of Supervision alleged in the Informative Motion Notifying Violations of Supervision Conditions and Requesting the Issuance of an Arrest Warrant from the United States District Court for the District of Puerto Rico occurred. Specifically, there is probable cause to believe that Mr. Collins violated Standard No. 3 Condition ("You must follow the instructions of the probation officer related to the conditions of supervision.") and this Special Condition:

> Mr. Collins shall participate in a residential re-entry center for six (6) months or until suitable housing is secured. He is to pay the cost of his stay at said center as established by the Federal Bureau of Prisons. He shall be placed in the correctional component of this center and will be allowed to leave for employment purposes, treatment, vocational training or GED program, and/or religious services.

by his unsuccessful discharge from residential reentry centers in Laredo and Austin, Texas. Dkt. 1. Accordingly, Mr. Collins is required to appear for further proceedings in the District of Puerto Rico.

The Court also finds that Mr. Collins has not met his burden under Rule 32.1(a)(6) to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community if released. Therefore, the Court **ORDERS** that he be detained pending further proceedings under 18 U.S.C. § 3143(a)(1).

The Court **REMANDS** Mr. Collins to the custody of the United States Marshals Service and **ORDERS** that he be:

- Transported to the District of Puerto Rico by the fastest and most efficient means available;
- Provided with all medications, including psychiatric medications, as prescribed; and
- Maintained on suicide watch.

**SIGNED** on April 26, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE